Argued April 26, affirmed June 13, *rev den* 284 Or 521 (1978)

## ABBOTT et al, *Respondents,*
### *v.*
## LEATHERBY INSURANCE COMPANY, *Appellant.*
### (No. A 7708 11650, CA 9525)

579 P2d 899

Thomas E. McDermott III, Portland, argued the cause for appellant. With him on the brief were Robert E. Babcock, and Lindsay, Nahstoll, Hart, Neil & Weigler, Portland.

Donald R. Wilson, Portland, argued the cause for respondent Richard D. Abbott, Jr. With him on the brief were Raymond J. Conboy, and Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

Ridgway K. Foley, Jr., Portland, argued the cause for respondent Liberty Mutual Insurance Company. With him on the brief were E. J. Simmons, James D. Huegli, and Souther, Spaulding, Kinsey, Williamson & Schwabe, Portland.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *Tucker v. Jack Ensley Company,* 34 Or App 335, 578 P2d 3 (1978).